■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN TERRELL, Appellant. [54 NYS3d 284]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered

July 3, 2014, convicting defendant, upon his plea of guilty, of attempted murder in the second degree and conspiracy in the second degree, and sentencing him to concurrent terms of 16 years and 5 to 15 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence on the attempted murder conviction to 10 years, and otherwise affirmed.

We do not find that defendant made a valid waiver of his right to appeal, and we find the sentence excessive to the extent indicated. Concur—Tom, J.P., Renwick, Manzanet-Daniels and Kapnick, JJ.